# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| GEORGE A. DEMPSEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANN ELMORE, *Assistant District* )<br>*Attorney*; JAVIER PORTALES, )<br>BEN SELPH, TIMOTHY )<br>R. MCMILLAN, STEVE STRATMAN, )<br>*Garden City Police Officers*; CHRIS )<br>NOLLINGER, *Port Wentworth Police* )<br>*Officer*; AL ST. LAWRENCE, )<br>*Chatham County Sheriff*, )<br>)<br>Defendants. ) | Case No. CV407-141 |

## ORDER

George A. Dempsey's "Motions for Fairness" (docs. 247-251) are **DENIED**. This case is *over*.

**SO ORDERED**, this 31st day of May 2012.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA