# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| GEORGE A. DEMPSEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ANN ELMORE, *Assistant District* ) | |
| *Attorney*; JAVIER PORTALES, ) | Case No. CV407-141 |
| BEN SELPH, TIMOTHY ) | |
| R. MCMILLAN, STEVE STRATMAN, ) | |
| *Garden City Police Officers*; CHRIS ) | |
| NOLLINGER, *Port Wentworth Police* ) | |
| *Officer*; AL ST. LAWRENCE, ) | |
| *Chatham County Sheriff*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

George A. Dempsey's "Motions for Fairness" (docs. 247-251) are **DENIED**. This case is *over*.

**SO ORDERED**, this 31st day of May 2012.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA